# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

NECA-IBEW PENSION TRUST PLAN,
DERIVATIVELY ON BEHALF
OF NOMINAL DEFENDANT
SPRINT NEXTEL CORPORATION,

                Plaintiff,

v.                                                Case No:  12-2336-JWB

DANIE. R. HESSE,
ROBERT R. BENNETT,
GORDON M. BETHUNE,
LARRY C. GLASSCOCK,
JAMES H. HANCE, JR.,
V. JANET HILL,
FRANK IANNA,
SVEN-CHRISTER NILSSON,
WILLIAM R. NUTI,
RODNEY O'NEAL,
SPRINT NEXTEL CORPORATION,

                Defendants,

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        Pursuant to the Memorandum and Order filed on February 3, 2020, in lead case No. 12-2242, this action is DISMISSED for failure to state a claim upon which relief can be granted.

<table>
<tr><td>__February 3, 2020_____<br>Date</td><td>TIMOTHY M. O'BRIEN<br>CLERK OF THE DISTRICT COURT<br><br>by: ___s/ Joyce Roach_____<br>      Deputy Clerk</td></tr>
</table>